```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
NATHANIEL MYERS, JR.,                      :    09 CIV. 4436 (DLC)
                                           :
                Plaintiff,                 :       PRETRIAL
                                           :    SCHEDULING ORDER
        -v-                                :
                                           :
COMMISSIONER MARTHA K. HIRST and NEW       :
YORK CITY DEPARTMENT OF CITYWIDE           :
ADMINISTRATIVE SERVICES,                   :
                                           :
                Defendants.                :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on July 31, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  No additional parties may be joined or pleadings amended after **August 7, 2009**.

2.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **August 21, 2009**.

3.  The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **September 11, 2009** in order to pursue settlement discussions under her supervision.

4.  All fact discovery must be completed by **December 18, 2009**.

5.  Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **January 8, 2010**. Defendants' identification of experts and disclosure of expert testimony must occur by **January 29, 2010**.

6.  All expert discovery must be completed by **February 19, 2010**.

7.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

        -    Motion served by **March 5, 2010**
        -    Opposition served by **March 26, 2010**
        -    Reply served by **April 2, 2010**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

8.    In the event no motion is filed, the Joint Pretrial Order must be filed by **March 5, 2010**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:    New York, New York
           August 3, 2009

                                            DENISE COTE
                              United States District Judge